PROB 12B
(7/93)

Report Date: November 10, 2009

# United States District Court

## for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 1 0 2009

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
#### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Julio C. Pantoja                Case Number: 2:05CR00164-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 04/27/2006              Type of Supervision: Supervised Release

Original Offense: Possession of a Firearm by a     Date Supervision Commenced: 12/07/2007
Prohibited Person, 18 U.S.C. § 922(g)(1)

Original Sentence: Prison - 21 months;             Date Supervision Expires: 12/06/2010
TSR - 36 months

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

15    You shall complete an anger management evaluation and follow any treatment recommendations. You shall
      allow reciprocal release of information between the supervising probation officer and treatment provider.
      You shall contribute to the cost of treatment according to your ability.

### CAUSE

Mr. Pantoja was arrested on July 31, 2009, for fourth degree assault and third degree malicious mischief after
assaulting his father and breaking several items in the home. He was convicted of these crimes on September 1, 2009.
In addition, Mr. Pantoja has a previous conviction for assault/domestic violence and interfering with reporting
domestic violence.

The above modification is respectfully requested to assist Mr. Pantoja with addressing the above issues and to
hopefully deter any future non-compliance. Mr. Pantoja is in agreement with the above modifications and has
voluntarily signed the attached waiver after having been advised by his attorney.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    11/10/2009

                s/Samuel Najera

                Samuel Najera
                U.S. Probation Officer

Prob 12B
**Re:  Pantoja, Julio C.**
**November 10, 2009**
**Page 2**

THE COURT ORDERS

[  ]   No Action
[  ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[  ]   Other

_____
Signature of Judicial Officer

November 10, 2009
Date